HANNAH WHITE v. COLONIAL PENN INSURANCE COMPANY.

November 29, 1984.

This matter having been duly considered and the: Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed. (See 93 *N.J.* 269)

FRED SCORDO v. MERRILL LYNCH, PIERCE,
FENNER & SMITH, INC.

December 4, 1984.

Leave to appeal is granted.

IN THE MATTER OF ASBESTOS LITIGATION VENUED IN
MIDDLESEX COUNTY.

December 4, 1984.

ORDERED that the motions for direct certification of the motions for leave to appeal now pending in the Appellate Division of Superior Court are granted; and it is further

ORDERED that leave to appeal is granted, and this Court, in *Feldman v. Lederle Laboratories*, 97 *N.J.* 429 (1984), having recognized that *Beshada v. Johns-Manville*, 90 *N.J.* 191 (1980), applies to all pending asbestos cases, the September 21, 1984 Order of the Superior Court, Law Division, is summarily affirmed.